# SAXTON & STUMP
## LAWYERS AND CONSULTANTS
123 South Broad Street, Suite 2800 • Philadelphia, PA 19109
P: (215) 925-2500 • F: (215) 925-6471

**Direct Dial:** (717) 556-1034
**Email:** ktillery@saxtonstump.com

December 28, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/24
```

*VIA ELECTRONIC FILING*

The Honorable Victor Marrero
U.S. District Court for the Southern District of New York
Daniel Patric Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**RE:  AFAB Industrial Services v. Little Chelsea, Inc. d/b/a Chelsea Exclusive**
       **1: 23-CV-03095**

Dear Judge Marrero:

I represent Plaintiff AFAB Industrial Services in the above-referenced action.

After conferring with Counsel for Defendants, all Parties concur that the Conference scheduled for January 5, 2024, should not be necessary.

The Parties are cooperating, Discovery is proceeding smoothly and there are presently no issues which we believe require the Court's attention. Thus, we respectfully, jointly request that the January 5, 2024 Conference be adjourned.

Thank you, Your Honor.

Respectfully,

/s/ M. Kelly Tillery

M. Kelly Tillery, Esq.

cc:   Joshua W. Ruthizer, Esquire
      Adam Blander, Esquire
      Timothy D. Brennan, Esquire
      Natalie Sulimani, Esquire
      Ilya Murafa, Esquire

```
Request GRANTED. The above-
referenced conference is hereby
adjourned to March 8, 2024, at
10 am.
SO ORDERED.
1/2/24
_____        _____
DATE             VICTOR MARRERO, U.S.D.J.
```