UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AFAB INDUSTRIAL SERVICES, INC.,

       Plaintiff,

v.

LITTLE CHELSEA, INC., d.b.a .,
CHELSEA EXCLUSIVE.

       Defendant.

---

Case No. 23-cv-3095

**DEFENDANTS VOLUNTARY WITHDRAW OF MOTION**

Defendant Little Chelsea Inc., hereby withdraws their Motion titled "Motion in Limine to Exclude the Expert Report and Testimony of Salvatore Sansone", filed on September 19, 2024 (*Dkt No. 61*.)

Dated: November 18, 2024

\

*Natalie Sulimani*
Natalie Sulimani
150 Broadway Suite 1703,
New York, NY 10038
natalie@sulimanilawfirm.com
Direct: 212.863.9614

---

Application GRANTED. It is hereby ORDERED that Dkt. No. 61 is withdrawn. The Clerk of Court is respectfully directed to terminate Dkt. No. 61.

SO ORDERED. Dated November 19, 2024

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

1