IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFAB INDUSTRIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LITTLE CHELSEA, INC. d/b/a CHELSEA EXCLUSIVE, <br><br> Defendant. | CIVIL ACTION NO.: 1:23-cv-03095 |
| LITTLE CHELSEA, INC. d/b/a CHELSEA EXCLUSIVE, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> VDAN SALES INC. <br><br> Third-Party Defendant. | |

**ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Plaintiff AFAB Industrial Services, Inc.'s Motion to Preclude Little Chelsea, Inc.'s Unpled Affirmative Defense of Trademark Invalidity and Unpled Claim For Trademark Cancellation, and any response thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED.

BY THE COURT:

_____
J.