```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFAB INDUSTRIAL SERVICES, INC.,

                Plaintiff,

-against-

LITTLE CHELSEA, INC. d/b/a CHELSEA EXCLUSIVE,

                Defendant.

23-CV-03095 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On December 12, 2024, the Court ordered the bench trial in this action to begin today, January 28, 2025. *See* Dkt. No. 90. The Court advised the parties in the December 12 Order that no further extensions or continuances of the trial date would be granted, "absent compelling circumstances that could not have been anticipated as of the date of [that] Order." *Id.*

    On January 27, 2025, Plaintiff's counsel emailed the Court regarding certain developments relating to his client's company, requesting a continuance of the trial and a temporary stay of this action. Defendant and Third-Party Defendant do not oppose Plaintiff's request.

    Upon finding there are compelling circumstances that could not have been anticipated as of December 12, it is hereby ORDERED that the trial date in this action is ADJOURNED *sine die*, and this action shall be STAYED.

    It is further ORDERED that the parties shall submit a joint status letter by **March 28, 2025**, and every 60 days thereafter, regarding the circumstances warranting the stay.

Dated: January 28, 2025
       New York, New York

                                      SO ORDERED.

                                      MARGARET M. GARNETT
                                      United States District Judge