UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFAB INDUSTRIAL SERVICES, INC., <br><br>                Plaintiff,<br><br>-against-<br><br>LITTLE CHELSEA, INC. d/b/a CHELSEA EXCLUSIVE,<br><br>                Defendant.<br><br>LITTLE CHELSEA, INC. d/b/a CHELSEA EXCLUSIVE,<br><br>                Third-Party Plaintiff,<br><br>-against-<br><br>VDAN SALES INC.,<br><br>                Third-Party Defendant. | 23-CV-03095 (MMG)<br><br>**TRIAL SCHEDULING ORDER** |

MARGARET M. GARNETT, United States District Judge:

      This case was previously set for trial to begin on January 28, 2025. *See* Dkt. No. 90. On January 28, 2025, in light of compelling circumstances which could not have been anticipated, the Court stayed this action and adjourned the trial *sine die*. *See* Dkt. No. 107. On June 23, 2025, the parties filed a letter indicating that they were now prepared to proceed to trial. *See* Dkt. No. 109.

      Accordingly, it is hereby ORDERED that the stay on this action is LIFTED.

      It is further ORDERED that this matter will proceed to a bench trial starting on **Tuesday, October 21, 2025**. The trial shall take place in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. **The trial date shall be treated as FIRM**.

It is further ORDERED that pretrial matters shall proceed as follows:

1. On or before **September 23, 2025**, the parties shall file a Joint Pretrial Order, including any and all information relevant to the trial referenced in Rule V(A)(1) of the Court's Individual Rules and Practices (the "Individual Rules," available at https://nysd.uscourts.gov/hon-margaret-m-garnett).

2. On or before **September 30, 2025**, the parties shall each file Proposed Findings of Fact and Conclusions of Law. As there may be no opportunity for post-trial submissions, the Proposed Findings of Fact should be detailed and should include citations to exhibits, and the Proposed Conclusions of Law shall include all law that the parties wish to submit to the Court. For the Court's Individual Rules regarding Proposed Findings of Fact and Conclusions of Law, please see Individual Rule V(C)(1). As set forth in Rule V(C)(1), the parties' Findings of Fact should be submitted as numbered paragraphs and as to any agreed-upon findings, the parties must submit those jointly. After filing, the parties should provide electronic courtesy copies of their Proposed Findings of Fact as Microsoft Word documents to the Court via email. Each party's Conclusions of Law should be submitted as a memorandum of law (not to exceed 25 pages with standard font and margins absent relief from the Court). The parties may not submit additional memoranda of law (before or after trial) without leave of Court. The parties shall **not** submit affidavits in lieu of direct testimony as set forth in the Court's Individual Rule V(C)(2); **all witness testimony—direct and cross—will be presented to the Court live**.

3. On or before **September 30, 2025**, parties shall file and serve any motions addressing evidentiary issues or other matters that should be resolved *in limine*. **No party may file a motion *in limine* on any issue previously ruled on by the Court in its order on December 12, 2024, unless compelling and relevant new facts have arisen since the order was issued**. *See* Dkt. No. 90. All motions *in limine* must comply with Rule V(A)(2) of the Individual Rules. Any party wishing to file a motion *in limine* must first confer in good faith with the opposing party in an effort to resolve the dispute; all motions *in limine* must include a representation that the meet-and-confer process occurred and was unsuccessful. Absent leave of the Court, each party must file a single memorandum of law in support of all motions *in limine* filed by that party.

4. On or before **September 30, 2025**, the parties shall provide the Court and opposing counsel with a Microsoft Word document listing all exhibits sought to be admitted, and an electronic copy of each exhibit, as set forth in the Court's Individual Rules, specifically Individual Rules V(D)(1)–(2).

5. On or before **October 7, 2025**, the parties shall file oppositions to any motion(s) *in limine*.

6. Counsel for all parties shall appear for a Final Pretrial Conference on **Wednesday, October 15, 2025, at 9:30 a.m.**, in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. Prior to the Final Pretrial Conference, counsel for both parties, along with the parties themselves, shall meet in

       person for at least one hour to discuss settlement of this matter. At the Final Pretrial Conference, counsel should be prepared to affirm when the settlement conference took place.

7. Counsel are directed to reach out to the Courtroom Deputy (Keeva_Verneus@nysd.uscourts.gov) should they wish to schedule time to review the Courtroom technology in advance of trial. *See also* Individual Rule V(E)(2). The technology walk-through may be scheduled for the morning of trial beginning at 9:00 a.m.

8. Should the parties have questions regarding the Court's pre-trial procedures that are not answered by the Court's Individual Rules or the S.D.N.Y. Local Rules, or wish to make the Court aware of any issue that arises in preparation for trial or any of the deadlines as set forth above, the parties shall promptly reach out to the Court by joint letter or email correspondence as directed by Individual Rules I(B)(1) and (3).

Dated: June 23, 2025
      New York, New York

                                   SO ORDERED.

                                   MARGARET M. GARNETT
                                   United States District Judge