**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AFAB INDUSTRIAL SERVICES, INC.,

                Plaintiff,

      -against-                                    23 CIVIL 03095 (MMG)

LITTLE CHELSEA, INC. d/b/a CHELSEA                  **JUDGMENT**
EXCLUSIVE,

                Defendant.
-----------------------------------------------------------------X
LITTLE CHELSEA, INC. d/b/a CHELSEA
EXCLUSIVE,

                Third-Party Plaintiff

      -against-

VDAN SALES INC.,

                Third-Party Defendant
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 2, 2026, judgment is entered in favor of LCI

as to AFAB's claims, and in favor of VDAN as to LCI's derivative claims against them.

Accordingly, the case is closed.

**Dated:** New York, New York

     March 5, 2026

                                     **TAMMI M. HELLWIG**
                                  _____
                                     **Clerk of Court**

         **BY:**

                                    _____
                                     **Deputy Clerk**