UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AFAB INDUSTRIAL SERVICES, INC.,
*Plaintiff,*

v.

LITTLE CHELSEA INC., et al.,
*Defendants.*

---

Civil Action No. 23-CV-03095 (MMG)

**DECLARATION OF NATALIE SULIMANI IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES**

I, Natalie Sulimani, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am the principal attorney at Sulimani Law Firm, and I served as lead counsel for Defendants Little Chelsea Inc. and Van Dam NY Inc. (collectively, "Defendants") in the above-captioned action. I submit this declaration in support of Defendants' Motion for Attorney's Fees pursuant to 15 U.S.C. § 1117(a).
2. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would do so competently.
3. On March 2, 2026, the Court entered judgment in favor of Defendants, finding that Plaintiff AFAB Industrial Services, Inc. had failed to prove its counterfeiting and trademark infringement claims. Defendants now seek an award of attorney's fees and costs pursuant to the Lanham Act's fee-shifting provision, which authorizes such awards in "exceptional" cases. 15 U.S.C. § 1117(a).

**Background and Qualifications**

4. I have been licensed to practice law in the State of New York since 2010. My practice encompasses civil litigation, trademark prosecution and enforcement, and commercial

disputes. I was the sole supervising attorney on this matter throughout its duration. All time entries in the invoices attached as Exhibit A, including entries appearing under the name "Cass Villeta," reflect work performed under my direct supervision and entered on my behalf by my administrative staff. Ms. Villeta is not a separate billing attorney; those entries represent my own professional time.

5. I represented Defendants throughout this litigation, from initial case assessment through post-trial briefing. Trial was conducted before the Honorable Margaret M. Garnett, United States District Judge, on February 9 through 12, 2026.

**Hourly Rates**

6. My standard billing rates during this litigation varied by the nature of the work performed, consistent with the prevailing practice for complex commercial litigation in the Southern District of New York:

   (a) $150 per hour for legal research, document review, discovery preparation, and administrative litigation tasks;

   (b) $225 per hour for substantive motion drafting, pretrial preparation, and case strategy; and

   (c) $350 per hour for depositions, court appearances, and intensive transcript review in direct preparation for examination.

7. For the four trial days (February 9–12, 2026), I billed at a blended rate of $450 per hour. This blended rate reflects the participation of two attorneys—myself and co-counsel attorney MacPhail—appearing jointly at trial on behalf of Defendants each day. Rather than submitting separate entries for each attorney, I billed a single consolidated rate representing the combined professional time of both counsel for each trial day.

8. These rates are consistent with, and in fact conservative relative to, prevailing market rates for trademark litigation in the Southern District of New York. In *John Wiley & Sons, Inc. v. Book Dog Books, LLC*, 327 F. Supp. 3d 606 (S.D.N.Y. 2018), the court approved individual partner rates between $375 and $540 per hour in Lanham Act litigation. The blended trial rate of $450 per hour for two attorneys appearing jointly—effectively $225 per attorney per hour—falls squarely within that range.

**Courtesy Discounts on Early Invoices**

9. As a professional courtesy, I applied a 50% discount to the first four invoices issued in this matter (Invoice Nos. 0001992, 0002064, 0002080, and 0002093, covering work from April through November 2023). This accommodation was intended to assist Defendants in managing early litigation costs and does not reflect the market value of the services rendered.

10. Fee awards under the Lanham Act are calculated using the lodestar method—the product of a reasonable hourly rate and the number of hours reasonably expended—and are not limited to amounts actually billed to or collected from the client. See *Arbor Hill Concerned Citizens Neighborhood Ass'n v. County of Albany*, 522 F.3d 182, 186 (2d Cir. 2008). Accordingly, I seek recovery at my full standard rates for all work performed, including work reflected in the discounted early invoices.

11. The undiscounted total for the four courtesy-discounted invoices, net of voluntarily excluded entries, is $7,350.00. Of that amount, $4,350.00 was collected after the discount was applied. I seek recovery at the full undiscounted market rate.

**Voluntarily Excluded Entries**

12. In the exercise of billing judgment, I have voluntarily excluded two entries from this fee application that are not allocable to the Lanham Act counterfeiting litigation:

(a) A 2.0-hour entry for general administrative business support billed in Invoice No. 0002064 ($600.00 undiscounted), which was a general overhead entry not specific to this action; and

(b) A 2.5-hour entry for review of a lease agreement billed in Invoice No. 0002093 ($750.00 undiscounted), which pertained to a separate matter.

13. These exclusions total $1,350.00 at undiscounted rates. All remaining entries were necessarily incurred in defense of Plaintiff's trademark and counterfeiting claims.

**Summary of Fees and Costs**

14. The following table summarizes the total attorney's fees sought:

| Invoice No | Hours | Hourly Fee | Total |
|---|---|---|---|
| No. 0001992 | 11.25 | $ 300.00 | $ 3,375.00 |
| No. 0002064 | 3 | $ 300.00 | $ 900.00 |
| No. 0002080 | 6 | $ 300.00 | $ 1,800.00 |
| No. 0002093 | 4.25 | $ 300.00 | $ 1.275.00 |
| No. 0002412 | 52.67 | $ 150.00 | $ 7,900.01 |
| No. 0002412 | 69.5 | $ 225.00 | $ 15,637.50 |
| No. 0002412 | 25 | $ 350.00 | $ 8,750.00 |
| No. 0002414 | 24 | $ 450.00 | $ 10,800.00 |
| | | | **$ 50,437.51** |

15. The following table summarizes the recoverable costs and expenses:

| Invoice | Description | Amount |
|---|---|---:|
| No. 0002147 | LaborLawCenter – deposition-related resource | $136.04 |
| No. 0002147 | Deposition transcript – E. Farr | $922.13 |
| No. 0002147 | FedEx Office – litigation materials | $51.44 |
| No. 0002218 | FedEx Office – litigation materials | $217.30 |
| No. 0002218 | ABC Legal Services – process server | $170.00 |
| No. 0002218 | FedEx Office – litigation materials | $103.00 |
| No. 0002412 | LaborLawCenter (LawDepot) | $107.88 |
| No. 0002412 | ABC Legal Services – process server | $165.00 |
| No. 0002412 | FedEx – service of process | $44.42 |
| No. 0002412 | FedEx – Counterfeit Litigation | $52.29 |
| No. 0002412 | FedEx Office – pretrial materials | $359.39 |
| No. 0002415 | Quik Park – trial parking | $88.93 |
| No. 0002415 | Hotel Mulberry – trial lodging (Feb. 8–9, 2026) | $523.41 |
| No. 0002415 | Uber – trial transportation | $24.93 |
| No. 0002415 | Uber – trial transportation | $25.46 |
| Court Filing | Pro hac vice filing fee – attorney MacPhail (S.D.N.Y.) | $200.00 |
| **TOTAL COSTS** | | **$3,191.62** |

16. The $200.00 pro hac vice filing fee for attorney MacPhail was paid to the Clerk of this Court in connection with his admission to appear in this matter and is reflected on the Court's docket.

17. The grand total of attorney's fees and costs sought is $53,629.13.

18. All invoices in this matter are attached as Exhibit A to this declaration. The invoices accurately reflect the time spent and costs incurred in connection with the defense of Plaintiff's claims.

19. In my professional judgment, the hours expended and rates charged are reasonable given the nature, complexity, and duration of this litigation. Plaintiff filed a Lanham Act counterfeiting claim accompanied by significant threatened damages, pursued the matter through a four-day bench trial, and engaged in a pattern of litigation misconduct—including presenting a fabricated expert report, manipulating witnesses across both trial dates, and asserting a spoliation claim while withholding documents itself—that substantially increased Defendants' costs of defense. The time and expense incurred in this litigation were driven in material part by Plaintiff's own conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2026, in New York, New York.

Natalie Sulimani

Natalie Sulimani, Esq.
Sulimani Law Firm
New York, New York

# Exhibit A

Sulimani Law Firm, PA

2128639614

300 Carnegie Center #150
Princeton, NY 08540




| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Review<br>(Counterfeit Litigation) Cass Villeta – Apr 29, 2023<br>Review AFAB state and district complaints | $300.00 | 1 | $300.00 |
| Research<br>(Counterfeit Litigation) Cass Villeta – Apr 30, 2023<br>Research diversity jurisdiction, caselaw, 28 USC 1332 | $300.00 | 1.25 | $375.00 |
| Time<br>(Counterfeit Litigation) Cass Villeta – May 8, 2023<br>Correspondence with OC re AFAB in May | $300.00 | 1 | $300.00 |
| Time<br>(Counterfeit Litigation) Cass Villeta – May 8, 2023<br>AFAB Response | $300.00 | 2 | $600.00 |
| Time<br>(Counterfeit Litigation) Cass Villeta – May 8, 2023<br>Case Research | $300.00 | 2.5 | $750.00 |
| Time<br>(Counterfeit Litigation) Cass Villeta – May 8, 2023<br>Letter to the judge and corr to OC | $300.00 | 1 | $300.00 |
| Time | $300.00 | 1.5 | $450.00 |

**Amount Due (USD)**
$0.00

**Billed To**
Michael Ohana
Chelsea Exclusive

**Invoice Number**
0001992

**Date of Issue**
06/01/2023

**Due Date**
06/04/2023

| | | | |
|---|---|---|---|
| (Counterfeit Litigation) Cass Villeta – May 12, 2023 LC Third Party Complaint | | | |
| Time (Counterfeit Litigation) Cass Villeta – May 18, 2023 Protective Order with AFAB | $300.00 | 1 | $300.00 |

| | |
|---|---|
| Subtotal | 3,375.00 |
| 50% Discount | −1,687.50 |
| Tax | 0.00 |
| Total | 1,687.50 |
| Amount Paid | 1,687.50 |
| **Amount Due (USD)** | $0.00 |

**Terms**
Due Upon Receipt

# Sulimani Law Firm, PA

300 Carnegie Center #150
Princeton, NY 08540

2128639614





| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Aug 31, 2023<br>Draft joint scheduling agreement | $300.00 | 1 | $300.00 |
| Draft<br>(Counterfeit Litigation) Natalie Sulimani – Sep 14, 2023<br>Little Chelsea: Initial disclosures | $300.00 | 1 | $300.00 |
| Research<br>(Counterfeit Litigation) Natalie Sulimani – Sep 15, 2023<br>Draft Initial disclosures | $300.00 | 1 | $300.00 |
| Admin<br>General support of business-September | $300.00 | 2 | $600.00 |

| | |
|---|---|
| Subtotal | 1,500.00 |
| 50% Discount | −750.00 |
| Tax | 0.00 |
| Total | 750.00 |
| Amount Paid | 750.00 |
| **Amount Due (USD)** | $0.00 |

**Amount Due (USD)**
# $0.00

**Billed To**
Michael Ohana
Chelsea Exclusive

**Invoice Number**
0002064

**Date of Issue**
10/12/2023

**Due Date**
10/12/2023

**Terms**

Due Upon Receipt

# Sulimani Law Firm, PA

300 Carnegie Center #150
Princeton, NY 08540

2128639614




| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Litigation<br>Review discovery requests (Counterfeit Litigation) Natalie Sulimani – Oct 3, 2023 | $300.00 | 2.5 | $750.00 |
| Litigation<br>Prepare discovery VDAN (Counterfeit Litigation) Natalie Sulimani – Oct 4, 2023 | $300.00 | 2 | $600.00 |
| Draft<br>(Counterfeit Litigation) Natalie Sulimani – Oct 31, 2023<br>Review discovery request | $0.00 | 1 | $0.00 |
| Litigation<br>Response to Discovery (Counterfeit Litigation) Natalie Sulimani – Oct 31, 2023 | $300.00 | 1.5 | $450.00 |

| | |
|---|---|
| Subtotal | 1,800.00 |
| 50% Discount | −900.00 |
| Tax | 0.00 |
| Total | 900.00 |
| Amount Paid | 900.00 |
| **Amount Due (USD)** | $0.00 |

**Amount Due (USD)**
$0.00

**Billed To**
Michael Ohana
Chelsea Exclusive

**Invoice Number**
0002080

**Date of Issue**
11/02/2023

**Due Date**
11/02/2023

**Terms**

# Sulimani Law Firm, PA

300 Carnegie Center #150
Princeton, NY 08540

2128639614




| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Draft<br>(Counterfeit Litigation) Natalie Sulimani – Nov 2, 2023 Responses to discovery | $300.00 | 2.5 | $750.00 |
| Review<br>Natalie Sulimani – Nov 20, 2023 Review discovery & meet with council | $300.00 | 1.75 | $525.00 |
| Review<br>Lease Agreement | $300.00 | 2.5 | $750.00 |

| | |
|---|---|
| Subtotal | 2,025.00 |
| 50% Discount | −1,012.50 |
| Tax | 0.00 |
| Total | 1,012.50 |
| Amount Paid | 1,012.50 |
| **Amount Due (USD)** | $0.00 |

**Terms**
Due Upon Receipt

**Amount Due (USD)**
$0.00

**Billed To**
Michael Ohana
Chelsea Exclusive

**Invoice Number**
0002093

**Date of Issue**
12/04/2023

**Due Date**
12/04/2023

# Sulimani Law Firm, PA

2128639614

300 Carnegie Center #150
Princeton, NY 08540





| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Expense<br>Apr 18, 2024 - LABORLAWCENTER, LLC XXX-XXX-9970 CA | $136.04 | 1 | $136.04 |
| Deposition Transcript | $922.13 | 1 | $922.13 |
| Fedex Office Print And Ship Center (Counterfeit Litigation)<br>Apr 30, 2024 - FEDEX OFFICE XXXXXXXXX XXX-XXX3339 TX 04/30 | $51.44 | 1 | $51.44 |

| | |
|---|---|
| Subtotal | 1,109.61 |
| Tax | 0.00 |
| Total | 1,109.61 |
| Amount Paid | 1,109.61 |
| **Amount Due (USD)** | $0.00 |

**Terms**
Due Upon Receipt

**Amount Due (USD)**
$0.00

**Billed To**
Michael Ohana
Chelsea Exclusive

**Invoice Number**
0002147

**Date of Issue**
05/02/2024

**Due Date**
05/02/2024

Sulimani Law Firm, PA

2128639614

300 Carnegie Center #150
Princeton, NY 08540




| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Fedex Office Print And Ship Center<br>Nov 27, 2024 - FEDEX OFFICE XXXXX0836 PLANO TX | $217.30 | 1 | $217.30 |
| Abc Legal Services (Counterfeit Litigation)<br>Nov 27, 2024 - ABCLEGAL SEATTLE WA | $170.00 | 1 | $170.00 |
| Fedex Office Print And Ship Center<br>Nov 29, 2024 - FEDEX OFFICE XXXXX0836 PLANO TX | $103.00 | 1 | $103.00 |

| | |
|---|---|
| Subtotal | 490.30 |
| Tax | 0.00 |
| Total | 490.30 |
| Amount Paid | 490.30 |
| **Amount Due (USD)** | $0.00 |

**Terms**
Due Upon Receipt

**Amount Due (USD)**
$0.00

**Billed To**
Michael Ohana
Chelsea Exclusive

**Invoice Number**
0002218

**Date of Issue**
12/04/2024

**Due Date**
12/04/2024

# Sulimani Law Firm, PA

2128639614

300 Carnegie Center #150
Princeton, NY 08540




| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Jan 13, 2024<br>Gather evidence for cancellation of Mark. | $150.00 | 1 | $150.00 |
| Review<br>(Counterfeit Litigation) Natalie Sulimani – Jan 13, 2024<br>Review procedures, documents, statutes for cancellation of Mark. | $150.00 | 1.4167 | $212.51 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Jan 16, 2024<br>Research caselaw – damages, cancellation, distribution. | $150.00 | 1.5 | $225.00 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Jan 18, 2024<br>Draft MSJ | $225.00 | 3.5 | $787.50 |
| Draft<br>(Counterfeit Litigation) Natalie Sulimani – Mar 1, 2024<br>Revise answers to RFAs | $150.00 | 1.25 | $187.50 |
| Research<br>(Counterfeit Litigation) Natalie Sulimani – Mar 12, 2024<br>Settlement offer research. | $150.00 | 1.75 | $262.50 |
| Draft | $150.00 | 0.5 | $75.00 |

**Amount Due (USD)**
$33,016.49

**Billed To**
Michael Ohana
Chelsea Exclusive

**Invoice Number**
0002412

**Date of Issue**
02/08/2026

**Due Date**
02/08/2026

| | | | |
|---|---|---|---|
| (Counterfeit Litigation) Natalie Sulimani – Mar 15, 2024 Revise Letter to Judge. | | | |
| Draft (Counterfeit Litigation) Natalie Sulimani – Mar 19, 2024 Draft Reply letter to Judge. | $225.00 | 2 | $450.00 |
| Draft (Counterfeit Litigation) Natalie Sulimani – Mar 27, 2024 Depo. notices for VDAN & AFAB. | $150.00 | 0.5 | $75.00 |
| Time (Counterfeit Litigation) Natalie Sulimani – May 1, 2024 Draft deposition questions for AFAB. | $225.00 | 3 | $675.00 |
| Meeting (Counterfeit Litigation) Natalie Sulimani – May 22, 2024 Prep and deposition of E Farr | $350.00 | 2 | $700.00 |
| Draft (Counterfeit Litigation) Natalie Sulimani – Jun 14, 2024 Draft subpoenas | $150.00 | 0.5 | $75.00 |
| Draft (Counterfeit Litigation) Natalie Sulimani – Jun 17, 2024 Format and file premotion letter. | $150.00 | 0.5 | $75.00 |
| Correspondence (Counterfeit Litigation) Natalie Sulimani – Jun 21, 2024 Response letter to AFAB premotion letter re: spoliation. | $225.00 | 2.75 | $618.75 |
| Correspondence (Counterfeit Litigation) Natalie Sulimani – Jun 21, 2024 Response letter to AFAB premotion letter re: MSJ | $225.00 | 2 | $450.00 |
| Meeting (Counterfeit Litigation) Natalie Sulimani – Jul 22, 2024 Prep and Deposition of Fernando | $350.00 | 2 | $700.00 |
| Time (Counterfeit Litigation) Natalie Sulimani – Aug 28, 2024 Draft Letter to Judge regarding Ohana Deposition | $150.00 | 1 | $150.00 |

| | | | |
|---|---|---|---|
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Aug 29, 2024<br>Research on Motion(s) in Limine, Motion to Exclude | $225.00 | 2.5 | $562.50 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Sep 2, 2024<br>Review deposition of E. Farr | $350.00 | 1 | $350.00 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Sep 3, 2024<br>Research and draft motion to exclude expert. | $150.00 | 4.25 | $637.50 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Sep 16, 2024<br>Revise Motion to Exclude expert | $225.00 | 0.5 | $112.50 |
| Meeting<br>(Counterfeit Litigation) Natalie Sulimani – Sep 17, 2024<br>Prep for Ohana deposition | $350.00 | 1 | $350.00 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Sep 17, 2024<br>Respond to AFAB discovery | $225.00 | 1.25 | $281.25 |
| Meeting<br>(Counterfeit Litigation) Natalie Sulimani – Sep 18, 2024<br>Deposition of Ohana | $350.00 | 2 | $700.00 |
| Review<br>(Counterfeit Litigation) Natalie Sulimani – Sep 19, 2024<br>Revise and finalize motion to exclude | $225.00 | 1.25 | $281.25 |
| Review<br>(Counterfeit Litigation) Natalie Sulimani – Sep 23, 2024<br>Revise letter, add exhibits | $150.00 | 0.5 | $75.00 |
| Draft<br>(Counterfeit Litigation) Natalie Sulimani – Sep 23, 2024<br>Draft letter for continuance/review AFAB Letter | $150.00 | 2.25 | $337.50 |
| Draft<br>(Counterfeit Litigation) Natalie Sulimani – Sep 30, 2024 | $225.00 | 0.5 | $112.50 |

| | | | |
|---|---|---|---|
| Draft AFAB supplemental discovery | | | |
| Research<br>(Counterfeit Litigation) Natalie Sulimani – Oct 24, 2024<br>Research case documents and discovery for spoliation motion/motions in limine | $150.00 | 1.75 | $262.50 |
| Review<br>(Counterfeit Litigation) Natalie Sulimani – Oct 29, 2024<br>Organize trial notebook | $225.00 | 2.25 | $506.25 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Nov 13, 2024<br>Draft Amy Mills subpoena. | $150.00 | 0.5 | $75.00 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Nov 16, 2024<br>Joint Pretrial Statement. Revise MIL to exclude evidence | $225.00 | 3.5 | $787.50 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Nov 18, 2024<br>Review of pretrial docs., finish and file MIL. | $225.00 | 1.25 | $281.25 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Nov 19, 2024<br>Teams Meeting, Object to Pl.'s exhibits, research<br>and locate caselaw on elements of TM infringement. | $225.00 | 1.25 | $281.25 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Nov 21, 2024<br>Organize and Bates # exhibits. Teams meeting; finish LCI exhibits; finish objections to Pl.'s exhibits. | $225.00 | 2 | $450.00 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Nov 26, 2024<br>Research spoliation of evidence, caselaw, motions, timing. | $150.00 | 1.25 | $187.50 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Dec 2, 2024 | $150.00 | 1.25 | $187.50 |

Research rules/caselaw RE:
amicus brief.

| | | | |
|---|---|---|---|
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Dec 3, 2024<br>Letter to Judge to continue trial. | $150.00 | 2.75 | $412.50 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Dec 3, 2024<br>Motion for Alt. Service | $225.00 | 0.75 | $168.75 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Dec 4, 2024<br>Revise letter to judge, add exhibits, e-file. | $150.00 | 1 | $150.00 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Dec 5, 2024<br>Review AFAB exhibits; finish objections thereto and e-file. | $150.00 | 1 | $150.00 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Dec 6, 2024<br>Research caselaw RE: Lanham Act affirmative defenses | $150.00 | 1.75 | $262.50 |
| Review<br>(Counterfeit Litigation) Natalie Sulimani – Dec 8, 2024<br>Read depositions in preparation of trial | $350.00 | 6 | $2,100.00 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Dec 9, 2024<br>Respond to AFAB motion in limine | $225.00 | 2.5 | $562.50 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Dec 10, 2024<br>Letter motion to strike AFAB objections | $150.00 | 1 | $150.00 |
| Meeting<br>(Counterfeit Litigation) Natalie Sulimani – Dec 11, 2024<br>Pretrial conference | $350.00 | 1 | $350.00 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Dec 15, 2024<br>Draft RFPs to AFAB | $225.00 | 1 | $225.00 |

| | | | |
|---|---|---|---|
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 7, 2025<br>Draft witness/exhibit list. | $225.00 | 1.75 | $393.75 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Jan 7, 2025<br>Create discovery index | $150.00 | 1.5 | $225.00 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 8, 2025<br>Review and comment on excel complaint breakdown; caselaw research on claims/elements. | $225.00 | 2.75 | $618.75 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 9, 2025<br>Analysis of Farr deposition. | $225.00 | 0.75 | $168.75 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 11, 2025<br>Begin drafting findings of fact. | $225.00 | 1.5 | $337.50 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 11, 2025<br>Organize and mark all trial exhibits. | $150.00 | 2.5 | $375.00 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 12, 2025<br>Research caselaw, RE: “firstsale doctrine” & “resale of product” in TM cases. | $225.00 | 1.75 | $393.75 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 12, 2025<br>Begin drafting conclusions of law. | $225.00 | 1.5 | $337.50 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 14, 2025<br>Finish findings of fac, conclusions of law, associated legal research. | $225.00 | 2.25 | $506.25 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 15, 2025 | $150.00 | 1.75 | $262.50 |

| | | | |
|---|---|---|---|
| Edit AFAB "final exhibit list" and object to exhibits. | | | |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 15, 2025<br>Case Meeting, TEAMS. | $225.00 | 1 | $225.00 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 15, 2025<br>Revise findings of fact and conclusions of after review of Berwish comments; revise exhibit list. | $225.00 | 2.5 | $562.50 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 16, 2025<br>Edit exhibit and witness list; draft subpoena. | $150.00 | 1.5 | $225.00 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 17, 2025<br>Review emails; draft and finish objections to AFAB exhibits; file trial docs. | $225.00 | 1.75 | $393.75 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 17, 2025<br>Review and finalize all trial docs for service/filing (witness list, exhibit list, findings of fact, conclusions of law, AFAB exhibit list). | $150.00 | 3.5 | $525.00 |
| Review<br>(Counterfeit Litigation) Natalie Sulimani – Jan 24, 2025<br>Review AFAB objections to exhibits; research caselaw and cross-reference to FRE. | $225.00 | 2.75 | $618.75 |
| Meeting<br>(Counterfeit Litigation) Natalie Sulimani – Jan 24, 2025<br>Court Meeting | $350.00 | 3 | $1,050.00 |
| Litigation<br>(Counterfeit Litigation) Natalie Sulimani – Jan 25, 2025<br>Finish crafting responses to AFAB exhibit objections. | $150.00 | 1.75 | $262.50 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Jun 11, 2025 | $150.00 | 1.5 | $225.00 |

| | | | |
|---|---|---|---|
| Review court order, AFAB letter to judge, case RE: Rule 41, 5th amendment in civil actions. | | | |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Jun 19, 2025<br>Research caselaw RE: vacating a stay of proceedings/stay of proceedings when criminal case is pending; draft letter to Judge RE: vacating stay of case. | $150.00 | 2.25 | $337.50 |
| Draft<br>(Counterfeit Litigation) Natalie Sulimani – Sep 19, 2025<br>Begin Pretrial Order doc. | $225.00 | 1 | $225.00 |
| Review and Edit<br>(Counterfeit Litigation) Natalie Sulimani – Sep 22, 2025<br>Review and add edits to AFAB proposed pretrial order. | $225.00 | 1.5 | $337.50 |
| Draft<br>(Counterfeit Litigation) Natalie Sulimani – Sep 30, 2025<br>Draft and file Letter to Judge RE: AFAB filings. | $150.00 | 0.75 | $112.50 |
| Time<br>(Counterfeit Litigation) Natalie Sulimani – Oct 1, 2025<br>court filing for Chelsea, trademark infringement case | $150.00 | 3 | $450.00 |
| Review, research, draft<br>(Counterfeit Litigation) Natalie Sulimani – Oct 6, 2025<br>Review AFAB Conclusions of Law; conduct caselaw research for response; begin drafting response. | $225.00 | 4 | $900.00 |
| Correspondence<br>(Counterfeit Litigation) Natalie Sulimani – Oct 7, 2025<br>Revise final version of response/objections to AFAB findings of fact and file. | $225.00 | 1 | $225.00 |
| Correspondence<br>(Counterfeit Litigation) Natalie Sulimani – Oct 7, 2025<br>Revise final version of response to AFAB conclusions of law and file. | $225.00 | 1.25 | $281.25 |

| | | | |
|---|---|---|---|
| Review and Draft<br>(Counterfeit Litigation) Natalie Sulimani – Oct 7, 2025<br>Review AFAB findings of fact and draft response/objections. | $225.00 | 4.25 | $956.25 |
| Draft<br>(Counterfeit Litigation) Natalie Sulimani – Oct 7, 2025<br>Finish draft response to AFAB conclusions of law. | $225.00 | 2.5 | $562.50 |
| Draft<br>(Counterfeit Litigation) Natalie Sulimani – Jan 15, 2026<br>Draft pro hac motion & NOA for attorney MacPhail | $150.00 | 0.75 | $112.50 |
| Draft<br>(Counterfeit Litigation) Natalie Sulimani – Jan 16, 2026<br>File pro hac motion for attorney MacPhail. Draft proposed order; check SDNY instructions for pro hac admission, email Grace. | $150.00 | 1.5 | $225.00 |
| Review<br>(Counterfeit Litigation) Natalie Sulimani – Jan 21, 2026<br>Review clerk's docket entry; call clerk; refile pro hac motion | $150.00 | 1.25 | $187.50 |
| Review<br>(Counterfeit Litigation) Natalie Sulimani – Feb 5, 2026<br>Prep for Trial | $350.00 | 3 | $1,050.00 |
| Meeting<br>(Counterfeit Litigation) Natalie Sulimani – Feb 7, 2026 | $350.00 | 4 | $1,400.00 |
| Labor Law Center<br>Dec 13, 2024 - ORIG CO NAME:LAWDEPOT.COM ORIG ID:XXXXX0487C DESC DATE: CO ENTRY DESCR:IAT PAYPALSEC:WEB TRACE#:XXXXXXXXXXX1339 EED:XX1213 IND ID:XXXXXXXXX7180 IND NAME:NATALIE SULIMANI IATCVXX1213PPZG4R TRN: 3XXXXX1339TC | $107.88 | 1 | $107.88 |
| Abc Legal Services<br>(Counterfeit Litigation) | $165.00 | 1 | $165.00 |

Dec 15, 2024 - ABCLEGAL
SEATTLE WA

| | | | |
|---|---|---|---|
| FedEx<br>Jan 19, 2025 - FEDEXXXXXX7211 MEMPHIS TN | $44.42 | 1 | $44.42 |
| FedEx (Counterfeit Litigation)<br>Jan 19, 2025 - FEDEXXXXXX7568 MEMPHIS TN | $52.29 | 1 | $52.29 |
| Fedex Office Print And Ship Center (Counterfeit Litigation)<br>Jan 21, 2025 - FEDEX OFFICE XXXXXXXXX XXX-XXX3339 TX 01/19 | $359.39 | 1 | $359.39 |

| | |
|---|---|
| Subtotal | 33,016.49 |
| Tax | 0.00 |
| Total | 33,016.49 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | $33,016.49 |

**Terms**
Due Upon Receipt

# Sulimani Law Firm, PA

2128639614

300 Carnegie Center #150
Princeton, NY 08540





| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Joint Meeting<br>(Counterfeit Litigation) Natalie Sulimani - Feb 09, 2026<br>Trial | $450.00 | 7 | $3,150.00 |
| Joint Meeting<br>(Counterfeit Litigation) Natalie Sulimani - Feb 10, 2026 | $450.00 | 7 | $3,150.00 |
| Joint Meeting<br>(Counterfeit Litigation) Natalie Sulimani - Feb 11, 2026 | $450.00 | 7 | $3,150.00 |
| Joint Meeting<br>(Counterfeit Litigation) Natalie Sulimani - Feb 12, 2026<br>Trial | $450.00 | 3 | $1,350.00 |

| | |
|---|---|
| Subtotal | 10,800.00 |
| Tax | 0.00 |
| Total | 10,800.00 |
| Amount Paid | 3,780.00 |

**Payment Schedule**

| | | |
|---|---|---|
| Payment (1 of 3) | Due Mar 3, 2026 | $3,780.00 |
| Payment (2 of 3) | Due Apr 1, 2026 | $3,780.00 |
| Payment (3 of 3) | Due May 1, 2026 | $3,240.00 |

**Amount Due (USD)**

$7,020.00

**Billed To**
Michael Ohana
Chelsea Exclusive

**Invoice Number**
0002414

**Date of Issue**
02/20/2026

**Due Date**
02/20/2026

**Amount Due (USD)** $7,020.00

**Terms**
Due Upon Receipt

Sulimani Law Firm, PA

300 Carnegie Center #150
Princeton, NY 08540

2128639614




| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Uber<br>Feb 11, 2026 - UBER *TRIP HELP.UBER.COM CA 02/11 | $25.46 | 1 | $25.46 |
| Uber<br>Feb 11, 2026 - UBER *TRIP HELP.UBER.COM CA 02/10 | $24.93 | 1 | $24.93 |
| Hotel Mulberry<br>Feb 09, 2026 - HOTEL MULBERRY NEW YORK NY 02/08 | $523.41 | 1 | $523.41 |
| Quik Park<br>Feb 09, 2026 - 1218 QUIK PARK WEST 22N NEW YORK NY 02/06 | $88.93 | 1 | $88.93 |

| | |
|---|---|
| Subtotal | 662.73 |
| Tax | 0.00 |
| Total | 662.73 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | $662.73 |

**Amount Due (USD)**
$662.73

**Billed To**
Michael Ohana
Chelsea Exclusive

**Invoice Number**
0002415

**Date of Issue**
02/20/2026

**Due Date**
02/20/2026

**Terms**
Due Upon Receipt